UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOHNATHON DAVID LAWS**<br>**LA. DOC #537891** | **CIVIL ACTION NO. 3:11-cv-1743** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **CHARLES RAY JOHNSON, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and for the additional reasons stated in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint is **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA,** this 28th day of February, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE